IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00601-DME-BNB

MARIE AWAD,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Status Report** [docket no. 35, filed February 13, 2008],

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **March 7, 2008**, or a status report addressing why dismissal has not been accomplished.


DATED:  February 14, 2008