IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000601-DME-BNB

MARIE AWAD,

     Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  a corporation,

     Defendants.

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES AS TO EITHER PARTY

     **THIS MATTER** in difference in the above-entitled action having been amicably adjusted by and among Plaintiff and Defendant, The Prudential Insurance Company of America, a corporation it is hereby stipulated and agreed that the Complaint against Defendant, The Prudential Insurance Company of America is hereby dismissed "with prejudice" and without costs or attorneys' fees to either party.

691880.1

Respectfully submitted,

Robert J. Rosati, Esq.
2055 San Joaquin Street
Fresno, California 93721
Attorney for Plaintiff
Marie Awad

Jane Andrews
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
33 Washington Street
Newark, New Jersey 07102
(973) 624-0800
Attorneys for Defendant,
The Prudential Insurance Company of America, a
corporation

SO ORDERED: 3/14/08

HONORABLE DAVID M. EBEL, U.S.D.J.

691880.1